# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | | | |
|---|---|---|---|
| In re: | Colvaro Enterprises, LLC ) | | Bankruptcy No.: 19-41695 |
| | ) | | R.S. No.: 1 |
| | ) | | Hearing Date: August 28, 2019 |
| | ) | | Time: 9:30 a.m. |
| Debtor(s) | ) | | |

**Relief From Stay Cover Sheet**

Instructions: Complete caption and Section A for all motions. Complete Section B for mobile homes, motor vehicles, and personal property. Complete Section C for real property. Utilize Section C as necessary. If moving party is not a secured creditor, briefly summarize the nature of the motion in Section D.

(A) Date Petition Filed:    July 26, 2019    Chapter: 7
Prior hearings on this obligation: None    Last Day to File §523/§727 Complaints: Friday, October 25, 2019

(B) Description of personal property collateral (e.g. 1983 Ford Taurus):

Secured Creditor [ ] or lessor [ ]
Fair market value: $_____ Source of value: _____
Contract Balance: $_____ Pre-Petition Default: $_____
Monthly Payment: $_____ No. of months: _____
Insurance Advance: $_____ Post-Petition Default: $_____
   No. of months: _____

(C) Description of real property collateral (e.g. Single family residence, Oakland, CA): Single Family Residence, Orinda, CA

Fair market value: $990,000 Source of value: BPO    If appraisal, date: 5/10/2019 (BPO)

Moving Party's position (first trust deed, second, abstract, etc.): First position Deed of Trust

Approx. Bal. $1,023,168.12    Pre-Petition Default: $1,023,168.12
As of (date): 8/2/2019    No. of months: 8
Mo. payment: $N/A – fully matured    Post-Petition Default: $N/A - fully matured
Notice of Default (date): 3/12/2019    No. of months: 4
Notice of Trustee's Sale: 6/14/2019    Advances Senior Liens: $N/A

Specify name and status of other liens and encumbrances, if known (e.g. trust deeds, tax liens, etc.):

| Position | Amount | Mo. Payment | Defaults |
|---|---|---|---|
| 1st Trust Deed: See above | $1,023,168.12 | $ | $ |
| 2nd Trust Deed: Parthesh Kumar Brahmbhatt | $ 45,000 | $ | $ |
| 3rd Trust Deed: Pramukh Financial | $250,000 | | |
| (Total) | $1,318,168.12 | $ | $ |

(D) Other pertinent information: HMC Assets, LLC, solely as Administrator for the Civic Securitization Trust II ("**Civic**") initiated foreclosure proceedings after the Debtor defaulted on its loan. The loan matured 7/1/2019.

Dated: 8/02/2019                        /s/Amelia B. Valenzuela
                                                                                  Signature
                                   Attorneys for HMC Assets, LLC, solely as Administrator for
                                                  Civic Securitization Trust II